1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10    LAWRENCE L. GRANT,

11           Plaintiff,                         No. CIV-S-06-1686 GGH

12        vs.

13    JO ANNE B. BARNHART,                      ORDER
      Commissioner of Social Security,
14
15           Defendant.
      _____/

16           The parties were directed to return to the Clerk, within 90 days from the date this

17    action was filed, the form titled "Consent to Assignment or Request for Reassignment."  The

18    time has passed, and plaintiff failed to return the form.  Accordingly, the Clerk of Court is

19    directed to assign a district judge to this case.

20    Dated: 12/19/06

21                                              /s/ Gregory G. Hollows
                                                _____
22                                              GREGORY G. HOLLOWS
                                                UNITED STATES MAGISTRATE JUDGE
23    grant.ord

24
25
26