1  ANN M. CERNEY, SBN: 068748
   Attorney at Law
2  45 Hunter Square Plaza
   Stockton, California 95202
3  Telephone: (209) 948-9384
   Facsimile: (209) 948-0706
4
   Attorney for Plaintiff
5

6

7

8          UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

9                                      —oOo—

10 | LAWRENCE L. GRANT,              | CASE NO. 2:06-CV-01686-GGH
11 |                    Plaintiff,   | **ORDER EXTENDING
   |                                 | PLAINTIFF'S TIME TO RESPOND TO
12 | vs.                             | DEFENDANT'S ANSWER**
13 | JO ANNE B. BARNHART,
   | Commissioner of Social Security,
14 |
   |                    Defendant.
15 |_____/

16     Pursuant to the stipulation of the parties showing good cause for a requested first

17 extension of Plaintiff's time to respond to Defendant's Answer, the request is hereby

18 APPROVED.

19     Plaintiff shall file her response on or before January 17, 2007.

20     SO ORDERED.

21                                              GREGORY G. HOLLOWS
22 DATED: Jan. 2, 2007
                                                _____
23                                              GREGORY G. HOLLOWS
                                                UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28
                                              2
   STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S ANSWER