1  ANN M. CERNEY, SBN: 068748
   Attorney at Law
2  45 Hunter Square Plaza
   Stockton, California 95202
3  Telephone: (209) 948-9384
   Facsimile: (209) 948-0706
4
   Attorney for Plaintiff
5

6

7

8       UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

9                                        —oOo—

10 | LAWRENCE L. GRANT,                 | CASE NO. 2:06-CV-01686-GGH
11 |                        Plaintiff,  | **ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S ANSWER**
12 | vs.                                |
13 | JO ANNE B. BARNHART,               |
   | Commissioner of Social Security,   |
14 |                                    |
   |                        Defendant.  |
15 |_____|/

16      Pursuant to the stipulation of the parties showing good cause for a requested first

17 extension of Plaintiff's time to respond to Defendant's Answer, the request is hereby

18 APPROVED.

19      Plaintiff shall file his response on or before January 24, 2007.

20      SO ORDERED.

21

22 DATED: Jan. 25, 2007         GREGORY G. HOLLOWS
                                 ─────────────────────────────
23                               GREGORY G. HOLLOWS
                                 UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28
                                        2
   STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S ANSWER